UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SAVE LAKE SUPERIOR ASSOCIATION and SIERRA CLUB )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORTHSHORE MINING COMPANY )<br>)<br>Defendant. ) | Case No.   07-cv-3557 PAM/JSM<br><br>Judge Magnuson |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ. P. Rule 41(a), Plaintiffs Save Lake Superior Association and Sierra Club, and Defendant Northshore Mining Company, hereby stipulate to the dismissal of the complaint in this action.

In light of the Minnesota Pollution Control Agency's ("MPCA") July 29, 2008 Notice of Violation regarding claims similar to those brought by Plaintiffs, and MPCA's stated intent to reopen Northshore's permit to clarify the "control city" fiber limit, Plaintiffs believe the best course of action at this time is to dismiss this action voluntarily.

Plaintiffs and Defendant stipulate to the voluntary dismissal of this action, with prejudice only as to the violations alleged in the complaint up to the date of the complaint, with each side to bear its own costs and fees.

*For Plaintiffs,*

| | |
|---|---|
| Dated: September 12, 2008 |    /s/ Amy De Kok   <br>Michael D. Madigan, MN #129586<br>MADIGAN, DAHL & HARLAN, P.A.<br>  madigan@mdh-law.com<br>Amy L. De Kok (#349951)<br>  dekok@mdh-law. com<br>701 Fourth Avenue South, Suite 1700<br>Minneapolis, MN 55415<br>(612) 604-2000 Main<br>(612) 604-2599 Fax |

   /s/ Reed Zars   
Reed Zars, WY Bar 6-3224
Admitted *pro hac vice*
Attorney at Law
910 Kearney Street
Laramie, Wyoming 82070
Voice: 307-745-7979
Fax: 307-745-7999

*For Defendant,*

   s/ Geoffrey K. Barnes   
Geoffrey K. Barnes (Ohio Bar #0005767)
Gbarnes@ssd.com
Vincent Atriano (Ohio Bar #0041084)
vatriano@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
Telephone: (216) 479-8646
Facsimile: (216) 479-8780

        <u>  s/ William P. Hefner  </u>
James A. Mennell, #239835
William P. Hefner, #258349
THE ENVIRONMENTAL LAW GROUP, LTD.
133 First Avenue N
Minneapolis, MN 55401
Minneapolis, MN 55413
Telephone: (612) 378-3700
Facsimile: (612) 378-3737

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2008, I caused the foregoing Stipulation of Dismissal to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Geoffrey K Barnes
gbarnes@ssd.com

James A Mennell
jmennell@envirolawgroup.com

Vincent Atriano
vatriano@ssd.com

William P Hefner
whefner@envirolawgroup.com

        /s/     Reed Zars
        Reed Zars