UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Save Lake Superior Association and Sierra Club, | Civil No. 07-3557 (PAM/RLE) |
| Plaintiffs, | |
| v. | **ORDER** |
| Northshore Mining Company, | |
| Defendant. | |

This matter is before the Court on the parties' joint Stipulation to dismiss the Complaint. Pursuant to that Stipulation (Docket No. 46), **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Complaint (Docket No. 1) is **DISMISSED with prejudice** only as to the violations alleged in the Complaint up to the date of the Complaint; and

2. Each party shall bear its own costs, disbursements, and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 25, 2008

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge